FILED
5/26/20 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 20-20780-TPA |
| ) | |
| Lisa M. Yahner a/k/a Lisa M. Heyl, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | RELATED TO DOCKET NO. 16 |
| ) | |
| NexTier Bank, N.A. ) | |
| ) | |
| Objecting Party, ) | |
| ) | |
| vs. ) | |
| ) | |
| Lisa M. Yahner a/k/a Lisa M. Heyl, Debtor; ) | |
| and Ronda J. Winnecour, Trustee; ) | |
| ) | |
| Respondents. ) | |

### **WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

Kindly withdraw the Objections to Confirmation of Chapter 13 Plan that were filed in the above captioned matter on March 10, 2020. The Debtor has filed an Amended Plan dated May 6, 2020, which resolves Nextier's Objections.

GRENEN & BIRSIC, P.C.

By:  /s/ Maureen A. Dowd
Maureen A. Dowd, Esquire
PA ID No. 90549
Attorney for NexTier Bank, N.A.
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  mdowd@grenenbirsic.com

SO ORDERED
May 26, 2020

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-20780-TPA
Lisa M. Yahner                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: agro              Page 1 of 1              Date Rcvd: May 26, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db            +Lisa M. Yahner,    164 Merritt Drive,   Butler, PA 16001-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Maureen A. Dowd    on behalf of Creditor    NexTier Bank, N.A. mdowd@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Michael S. Lazaroff    on behalf of Debtor Lisa M. Yahner butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6