IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| LISA M. YAHNER ) | |
| Debtor ) | BANKRUPTCY CASE NO. 20-20780 |
| PEOPLES GAS COMPANY LLC, F/K/A ) | |
| PEOPLES TWP LLC ) | MOTION NO. |
| Movant, ) | CHAPTER 13 |
| vs. ) | Related to Docket Nos. 32, 36 & 40 |
| LISA M. YAHNER, and RONDA J. ) | |
| WINNECOUR, ESQUIRE, Trustee ) | Hearing Date: 07/22/2020 |
| Respondents. ) | Hearing Time: 10:00 AM |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served or caused to be served, a copy of the Motion for Allowance of Administrative Claim, and the Amended Notice of Zoom Hearing on the said Motion on the parties at the addresses below, on 06/15/2020, by U.S. regular mail:

Lisa M. Yahner
164 Merritt Dr.
Butler, PA 16001
Debtor

Michael S. Lazaroff, Esquire
Law Office of Michael S. Lazaroff
277 West Main Street
P.O. Box 216
Saxonburg, PA 16056
Attorney for the Debtor

Date: June 15, 2020

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center - Suite 970
1001 Liberty Avenue
Pittsburgh, Pa. 15222

Attorney for Movant
S. JAMES WALLACE, P. C.
a professional corporation

By:  /s/S. James Wallace
PA ID No. 28815
S. James Wallace, P. C.
845 North Lincoln Avenue
Pittsburgh, Pa. 15233-1828
412-652-9134
sjw@sjwpgh.com