Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lisa M. Yahner
aka Lisa M. Heyl**
Debtor(s)

Bankruptcy Case No.: 20–20780–TPA

Chapter: 13
Docket No.: 47 – 46
Concil. Conf.: 9/10/20 at 01:00 PM

**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED July 10, 2020**

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before August 10, 2020,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On 9/10/20 at 01:00 PM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: July 13, 2020

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa M. Yahner  
    Debtor

Case No. 20-20780-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                      Form ID: 202     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
db         +Lisa M. Yahner,    164 Merritt Drive,    Butler, PA 16001-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        Maureen A. Dowd    on behalf of Creditor    NexTier Bank, N.A. mdowd@grenenbirsic.com,  
        mcupec@grenenbirsic.com  
        Michael S. Lazaroff    on behalf of Debtor Lisa M. Yahner butlerdebtlaw@zoominternet.net,  
        alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC  
        sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                     TOTAL: 6