**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Lisa M. Yahner, Debtor | Bankruptcy No. 20-20780-TPA |
| | Chapter 13 |

Lisa M. Yahner, Movant

      v.

American Express Legal, ARS National Services Inc.,
Bank of America, Bash Family Practice PLLC,
Butler County Tax Claim Bureau, Butler Imaging and
Interventional Assoc., Butler Memorial Hospital, Capital One,
Central PA Asthma & Allergy Care, Chase, Citi Simplicity Card,
D&A Services, Dynamic Recovery Solutions, Executive Financial Co.,
Internal Revenue Service, Kohl's, NexTier Bank, Peoples Natural Gas,
PNC Bank, Synchrony Bank/PayPal, Synchrony Bank/Sam's Club,
Telemedicine LLC, Torres Credit Services Inc., Toyota Financial Services,
TRS Recovery Services Inc., Wells Fargo Bank N.A.,
Office of the United States Trustee,
and Ronda J. Winnecour, Chapter 13 Trustee, Respondents.

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**
**REGARDING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

TO THE RESPONDENTS:

    ***You are hereby notified that the Movant seeks an order affecting your rights or property.***

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 25, 2010, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    ***You should take this Notice and the Motion to a lawyer at once.***

    *A Zoom Video Conference Hearing* will be held on Wednesday, September 16, 2020 at 10:00 A.M. before Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer at 814-464-9781. ***All attorneys and parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures,*** dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact the Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: August 4, 2020 | Michael S. Lazaroff, Esquire_____ |
| | */s/ Michael S. Lazaroff*_____ |
| | PO Box 216, Saxonburg, PA 16056-0216\_\_ |
| | 724-352-4905_____ |
| | PA ID No. 204494_____ |