IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Lisa M. Yahner, Debtor           Bankruptcy No. 20-20780-TPA
                                          Chapter 13

Lisa M. Yahner, Movant

        v.

American Express Legal, ARS National Services Inc.,
Bank of America, Bash Family Practice PLLC,
Butler County Tax Claim Bureau, Butler Imaging and
Interventional Assoc., Butler Memorial Hospital, Capital One,
Central PA Asthma & Allergy Care, Chase, Citi Simplicity Card,
D&A Services, Dynamic Recovery Solutions, Executive Financial Co.,
Internal Revenue Service, Kohl's, NexTier Bank, Peoples Natural Gas,
PNC Bank, Synchrony Bank/PayPal, Synchrony Bank/Sam's Club,
Telemedicine LLC, Torres Credit Services Inc., Toyota Financial Services,
TRS Recovery Services Inc., Wells Fargo Bank N.A.,
Office of the United States Trustee,
and Ronda J. Winnecour, Chapter 13 Trustee,
Respondents.

## CERTIFICATE OF SERVICE

       I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

       That I am at least 18 years of age;

       That on the 4th day of August, 2020, I served a copy of the *Debtor's Motion to Dismiss Chapter 13 Case*, along with the *Notice of Hearing and Response Deadline* filed in this proceeding on:

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour, Chapter 13 Trustee |
| via CM/ECF e-mail noticing | via CM/ECF noticing |

and by electronic mail, to:

S. James Wallace, Esq., attorney for Peoples Gas, at sjw@sjwpgh.com
James Warmbrodt, Esq., attorney for Toyotal Motor Credit Corp., at JWarmbrodt@kmllawgroup.com
Maureen Dowd, Esq., attorney for NexTier Bank, at mdowd@grenenbirsic.com

and to: all parties on the attached mailing matrix.

       I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: August 3, 2020                              */s/ Michael S. Lazaroff*
                                                                                Michael S. Lazaroff, Esquire
                                                                                PA ID No. 204494

                                                                                277 West Main Street
                                                                                PO Box 216
                                                                                Saxonburg, PA 16056-0216
                                                                                724-352-4905

                                                                                ButlerDebtLaw@zoominternet.net