**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Lisa M. Yahner, Debtor | Bankruptcy No. 20-20780-TPA<br>Chapter 13 |
| Lisa M. Yahner, Movant | Related to Doc. No. 52, 53 |
| v. | |
| American Express Legal, ARS National Services Inc.,<br>Bank of America, Bash Family Practice PLLC,<br>Butler County Tax Claim Bureau, Butler Imaging and<br>Interventional Assoc., Butler Memorial Hospital, Capital One,<br>Central PA Asthma & Allergy Care, Chase, Citi Simplicity Card,<br>D&A Services, Dynamic Recovery Solutions, Executive Financial Co.,<br>Internal Revenue Service, Kohl's, NexTier Bank, Peoples Natural Gas,<br>PNC Bank, Synchrony Bank/PayPal, Synchrony Bank/Sam's Club,<br>Telemedicine LLC, Torres Credit Services Inc., Toyota Financial Services,<br>TRS Recovery Services Inc., Wells Fargo Bank N.A.,<br>Office of the United States Trustee,<br>and Ronda J. Winnecour, Chapter 13 Trustee,<br>Respondents. | |

**CERTIFICATE OF NO OBJECTION TO DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Motion to Dismiss Chapter 13 Case* in this matter has been received.  A true and correct copy of the *Motion*, together with a *Notice of Hearing And Response Deadline,* was served upon the Respondents on August 4, 2020.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the *Motion* appears thereon.  Pursuant to the Notice of Hearing, objections to the Movant's *Motion* were to be filed and served no later than August 25, 2020.

The undersigned respectfully requests that the Court grant the *Motion to Dismiss Chapter 13 Case* and enter the appropriate Order.

| | |
|---|---|
| Date:   August 26, 2020 | */s/ Michael S. Lazaroff*<br>Michael S. Lazaroff, Esquire<br>PA ID No. 204494<br><br>277 West Main Street<br>PO Box 216<br>Saxonburg, PA 16056-0216<br>724-352-4905<br><br>ButlerDebtLaw@zoominternet.net<br><br>Counsel for Debtor/Movant |