Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa M. Yahner** | : | Case No. 20−20780−TPA |
| **aka Lisa M. Heyl** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per Doc No. 52 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 27th of August, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 20-20780-TPA
Lisa M. Yahner                                                           Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: lmar                  Page 1 of 2                  Date Rcvd: Aug 27, 2020
                               Form ID: 309                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Lisa M. Yahner,    164 Merritt Drive,    Butler, PA 16001-2623
cr             +NexTier Bank, N.A.,    101 E Diamond St, Suite 110,    Butler, PA 16001-5943
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,     c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15209367        American Express Legal,    PO Box 278,   Ramsey, NJ 07446-0278
15221822       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15209370        Bash Family Practice, PLLC,    200 Renaissance Drive, Suite 403,    Butler, PA 16001-7612
15209371        Butler County Tax Claim Bureau,    PO Box 1208,    Butler, PA 16003-1208
15209372        Butler Imaging & Interventional Assoc.,     7 Acee Drive,    Natrona Heights, PA 15065-9700
15209373       +Butler Memorial Hospital,    Attn: Patient Accounts,    One Hospital Way,
                 Butler, PA 16001-4697
15209375        Central PA Asthma & Allergy Care,    800 South Logan Blvd, Suite 3200,
                 Hollidaysburg, PA 16648-3050
15209379       +D&A Services,    1400 E. Touhy Ave, Suite G2,    Des Plaines, IL 60018-3338
15209380        Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
15229678       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, suite 100,
                 Boca Raton, FL 33487-2853
15214580        NexTier Bank, N.A.,    c/o Maureen A. Dowd, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
15209385        PNC Bank,    PO Box 3429,   Pittsburgh, PA 15230-3429
15238584       +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
15223765       +Peoples Gas Company LLC,    f/k/a Peoples TWP,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pgh, PA 15233-1828
15209392       +TRS Recovery Services, Inc.,    1600 Terrell Mill Rd,    Marietta, GA 30067-8307
15209388        Telemedicine LLC,    6100 W Plano Pkwy Ste 3200,    Plano, TX 75093-8361
15209389       +Torres Credit Services, Inc.,    PO Box 189,    Carlisle, PA 17013-0189
15230515       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Aug 28 2020 07:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15209368       +EDI: ARSN.COM Aug 28 2020 07:38:00     ARS National Services, Inc.,    PO Box 469046,
                 Escondido, CA 92046-9046
15227565        EDI: BECKLEE.COM Aug 28 2020 07:38:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15209369        EDI: BANKAMER.COM Aug 28 2020 07:38:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998-2234
15209374        EDI: CAPITALONE.COM Aug 28 2020 07:38:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15227192        EDI: CAPITALONE.COM Aug 28 2020 07:38:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15226813        EDI: BL-BECKET.COM Aug 28 2020 07:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
15210622       +E-mail/Text: bankruptcy@cavps.com Aug 28 2020 04:07:58     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15209378       +EDI: CITICORP.COM Aug 28 2020 07:38:00     Citi Simplicity Card,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
15209381        E-mail/Text: exf@tir.com Aug 28 2020 04:07:48     Executive Financial Co.,    PO Box 1168,
                 Flint, MI 48501-1168
15209382        EDI: IRS.COM Aug 28 2020 07:38:00     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
15239884        EDI: JEFFERSONCAP.COM Aug 28 2020 07:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
15209377        EDI: JPMORGANCHASE Aug 28 2020 07:38:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15209376        EDI: JPMORGANCHASE Aug 28 2020 07:38:00      Chase,    PO Box 15299,    Wilmington, DE 19850-5299
15209383        E-mail/Text: PBNCNotifications@peritusservices.com Aug 28 2020 04:07:11      Kohl’s,
                 PO Box 3043,    Milwaukee, WI 53201-3043
15209384        E-mail/Text: rfrench@thebank.com Aug 28 2020 04:08:00      NexTier Bank,    PO Box 1232,
                 Butler, PA 16003
15209580       +EDI: RMSC.COM Aug 28 2020 07:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15240233       +EDI: RMSC.COM Aug 28 2020 07:38:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15209386        EDI: RMSC.COM Aug 28 2020 07:38:00     Synchrony Bank/PayPal,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
15209387        EDI: RMSC.COM Aug 28 2020 07:38:00     Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
15209391        E-mail/Text: CollectionsCompliance@firstdata.com Aug 28 2020 04:08:23
                 TRS Recovery Services, Inc.,    PO Box 60022,    City of Industry, CA 91716-0022
15209390       +EDI: TFSR.COM Aug 28 2020 07:38:00     Toyota Financial Services,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
15234472        EDI: AIS.COM Aug 28 2020 07:38:00     Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
```

```
District/off: 0315-2           User: lmar                  Page 2 of 2                  Date Rcvd: Aug 27, 2020
                               Form ID: 309                Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15209393        EDI: WFFC.COM Aug 28 2020 07:38:00      Wells Fargo Bank N.A.,    PO Box 522,
                 Des Moines, IA 50306-0522
15209394        EDI: WFFC.COM Aug 28 2020 07:38:00      Wells Fargo Bank, N.A.,   PO Box 5132,
                 Sioux Falls, SD 57117-5132
15232728        EDI: WFFC.COM Aug 28 2020 07:38:00      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Toyota Motor Credit Corporation
15214579*      ++NEXTIER BANK,    SPECIAL ASSETS,    245 PITTSBURGH RD,    BUTLER PA 16001-3883
                 (address filed with court: NexTier Bank, N.A.,    101 E. Diamond Street, Suite 101,
                  Butler, PA  16001)
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Maureen A. Dowd    on behalf of Creditor   NexTier Bank, N.A. mdowd@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Michael S. Lazaroff    on behalf of Debtor Lisa M. Yahner butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 6
```