**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LISA M. YAHNER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:20-20780 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/29/2020 and confirmed on 06/11/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,580.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,580.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,812.51 | |
|     Trustee Fee | 767.20 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,579.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEXTIER BANK* | 0.00 | 5,087.46 | 0.00 | 5,087.46 |
|     Acct: 4435 | | | | |
|   NEXTIER BANK* | 2,946.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 4435 | | | | |
|   BUTLER COUNTY TAX CLAIM BUREAU | 3,900.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 16,808.97 | 2,838.40 | 74.43 | 2,912.83 |
|     Acct: 6134 | | | | |
| | | | | 8,000.29 |
| **Priority** | | | | |
|   MICHAEL S LAZAROFF ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA M. YAHNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 5,992.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 0089 | | | | |
|   MICHAEL S LAZAROFF ESQ** | 2,500.00 | 1,812.51 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP<br>Acct: 7692 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 3000 | 11,782.27 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 3665 | 6,836.11 | 0.00 | 0.00 | 0.00 |
| BASH FAMILY PRACTICE<br>Acct: 2524 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER IMAGING & INTERVENTION<br>Acct: 5954 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER MEMORIAL HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1763 | 648.77 | 0.00 | 0.00 | 0.00 |
| CENTRAL PA ASTHMA & ALLERGY<br>Acct: 1956 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK<br>Acct: 9766 | 5,129.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK<br>Acct: 9600 | 4,517.53 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 4124 | 7,228.62 | 0.00 | 0.00 | 0.00 |
| EXECUTIVE FINANCIAL CO<br>Acct: 1512 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 2593 | 1,407.32 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 2612 | 2,554.72 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 4896 | 887.80 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2824 | 14,793.28 | 0.00 | 0.00 | 0.00 |
| TELEMEDICINE LLC<br>Acct: 1123 | 0.00 | 0.00 | 0.00 | 0.00 |
| TORRES CREDIT SERVICE<br>Acct: 9059 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRS RECOVERY SVCS<br>Acct: 5435 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRS RECOVERY SVCS<br>Acct: 5368 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK<br>Acct: 3717 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 5156 | 3,147.12 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0089 | 328.30 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6634 | 732.09 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2824 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRENEN & BIRSIC PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ARS NATIONAL SERVICE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| D & A SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20780 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| DYNAMIC RECOVERY SOLUTIONS | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| S JAMES WALLACE ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | | 157.37 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 8,000.29 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            5,992.04
SECURED           23,656.37
UNSECURED        60,150.30

Date: 10/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com